UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Rodney D. Price,<br>    Plaintiff,<br><br>v.<br><br>Daniel Walsh, Sheriff of Champaign County,<br>and Bradley J. Morris, Deputy Sheriff of<br>Champaign County, sued in their official and<br>individual capacities,<br>    Defendants. | )<br>)<br>)<br>)    No.   16 - CV -<br>)<br>)<br>)<br>)    JURY DEMAND<br>)<br>)<br>) |

## CIVIL RIGHTS COMPLAINT

NOW COMES, Rodney D. Price, the above referenced Plaintiff, by his attorney, Alfred D. Ivy, III, pursuant to 42 U.S.C., Section 1983, the Fourth Amendment and the Eighth Amendment of the United States Constitution, and for his Complaint against the above referenced Defendants, and in support thereof Plaintiff states as follows:

## JURISDICTION AND VENUE

1. This is a civil action brought pursuant to 42 U.S.C., Section 1983, the Fourth Amendment and the Eighth Amendment of the United States Constitution to redress deprivation of Plaintiff's rights to be free from all forms of excessive punishment and abuse.

2. Plaintiffs at all times relevant to this cause of action was a citizen of the United States of America, resident of Champaign County, Illinois.

3. Defendant Daniel Walsh is the duly elected sheriff of the Champaign County Sheriff's Department. He is legally responsible for the operation of the Champaign County Jail, hiring, training and administration of all Sheriff Department personnel, and for the insuring the health, safety and welfare of all persons held in custody there.

4. Defendant Bradley J. Morris is a Sheriff's deputy employed by the Champaign County Sheriff's Department and was assigned to duty at the Champaign County Jail during all dates/times relevant to this cause of action.

5. All events giving rise to this cause of action occurred in Urbana, Champaign County, Illinois.

6. The amount in controversy is in excess of $75,000.00.

## FACTUAL BASIS

7. On or about March 15, 2016 at approximately 8:45m, Plaintiff Price was in the physical and legal custody of the Champaign County Sheriff's Department and was housed in the Champaign County Jail.

8. Plaintiff Price was housed in the booking area of the county jail due to his serious health conditions, prescribed medication schedule, and need for regular medical monitoring.

9. On the above date and time, as Plaintiff Price was entering cell H-7 in the booking area of the Champaign County Jail, without warning, cause or provocation, Plaintiff was forcefully struck from behind by Sheriff Deputy Bradly J. Morris.

10. Defendant Morris, while wearing steel-toed military-style boots, kicked Plaintiff in the back and legs several times.

11. Subsequent to kicking Plaintiff, Defendant Morris then slammed the steel door to cell H-7 onto Plaintiff's back several more times.

12. As a direct result of Defendant Morris' actions, Plaintiff sustained numerous bruises to his person and was left in severe pain.

13. Upon information and belief the actions alleged herein were captured on surveillance video and are maintained in the exclusive possession of Defendant Champaign County Sheriff Department.

14. Plaintiff Price filed a formal grievance against Defendant Morris and the official copy of Plaintiff's complaint is maintained in the exclusive possession of Defendant Champaign County Sheriff Department.

15. Plaintiff was also interviewed by officers from Defendant Champaign County Sheriff Department regarding the actions of Defendant Morris.

16. Upon information and belief Plaintiff's interview was video recorded with the only copies of said interview remaining in the exclusive possession of Defendant Champaign County Sheriff Department.

17. Upon information and belief, Defendant Daniel Walsh was aware of previous incidents of abuse perpetrated by Defendant Bradley Morris and failed to take steps to train and prevent future acts of abuse by Defendant Morris, or to protect persons similarly situated as Plaintiff.

## Count 1 – VIOLATION OF CIVIL RIGHTS PURSUANT TO TITLE 42 U.S.C., SECTION 1983 (BRADLEY J. MORRIS)

18. Plaintiff realleges and incorporates by reference paragraphs 1-17 as though they were fully restated herein.

19. In committing the acts complained of herein, Defendant Morris acted under color of state law in that Defendant Morris was a duly appointed Champaign County sheriff's deputy, and employed as a sergeant in the Champaign County Jail at the time, date and place where the incidents Plaintiff complained of occurred.

20. Defendant Morris' actions of kicking and striking Plaintiff Price deprived Plaintiff of his constitutionally protected rights under the Fourth and Eighth Amendments to not be subjected to use of excessive force.

21. Defendant Morris' acts were the direct and proximate cause of Plaintiff's bruises, pain and injuries to Plaintiff's person.

22. The conduct of Defendant Morris was willful, malicious, oppressive and reckless, and was of such an egregious nature that punitive damages should be imposed in an amount commensurate with the wrongful acts alleged herein.

## Count 2 - VIOLATION OF CIVIL RIGHTS PURSUANT TO TITLE 42 U.S.C., SECTION 1983 (DANIEL WALSH)

22. Plaintiff realleges and incorporates by reference paragraphs 1-17 as though they were fully restated herein.

23. Defendant Daniel Walsh, in his capacity as Sheriff of Champaign County, implicitly or explicitly adopted and implemented careless and reckless policies, customs, or practices, that included, among other things, allowing employees of the Champaign County Sheriff's Department to use excessive force without legal justification.

24. The failure of Defendant Daniel Walsh, in his capacity as Sheriff of Champaign County, to adequately train and supervise Defendant Morris amounts to deliberate indifference to

the right of Plaintiff Price to be free from excessive force under the Fourth and Eighth to the Constitution of the United States.

25. As a result of this deliberate indifference to Plaintiff Price's constitutional rights, Plaintiff suffered personal injuries and is therefore entitled to relief under 42 U.S.C., Section 1983.

26. In committing the acts complained of herein, Defendant Daniel Walsh acted under the color of state law to deprive Plaintiff Price as alleged herein of certain constitutionally protected rights to be free from the excessive use of force by persons acting under color of state law and the right to just compensation for any injuries resulting therefore.

## Count 3 - STATE LAW CLAIM FOR BATTERY ( BRADLEY MORRIS)

27. Plaintiff realleges and incorporates by reference paragraphs 1-17 as though they were fully restated herein.

28. Defendant Bradley Morris knowingly and without legal justification caused bodily harm to Plaintiff when he kicked and slammed a steel onto Plaintiff, thereby constituting battery under Illinois law.

## Count 4 - STATE LAW CLAIM FOR RESPONDEAT SUPERIOR AGAINST DEFENDANT SHERIFF DANIEL WALSH

29. Plaintiff realleges and incorporates by reference paragraphs 1-17 as though they were fully restated herein.

30. Defendant Bradley Morris was at all times material to this complaint an employee and agent of Defendant Sheriff Daniel Walsh, and acting within the scope of his employment. Defendant Sheriff Daniel Walsh is liable for the acts of Defendant Bradley Morris which violated state law under the doctrine of respondeat superior.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Rodney D. Price respectfully requests that this Honorable Court review his claims and enter orders that:

A. Defendants be served by the U.S. Marshall and ordered to file an answer within the time allotted by law.

B. Judgment be rendered in favor of Plaintiff and against Defendants on all counts asserted herein.

C. Plaintiff be awarded compensatory damages for his physical injuries, pain and suffering and mental anguish.

D. Plaintiff be awarded punitive damages against Defendants.

E. Plaintiff be awarded reasonable expenses incurred in this litigation, including his reasonable attorney's fees, expert fees, costs of suit and other reasonable litigation expenses, pursuant to 42 U.S.C., Section 1988(b) and (c).

F. Plaintiff receive any other relief to which he may be entitled.

G. Plaintiff be granted a jury trial in this matter.

Respectfully submitted
**Rodney D. Price,**
Plaintiff

s/ Alfred D. Ivy, III
Alfred D. Ivy, III
Attorney for Plaintiff

Alfred D. Ivy, III, #6277701
Attorney for Plaintiff
159 Lincoln Square
300 S. Broadway Ave.
Urbana, Illinois 61801
(217) 480-4893 cell
lawmba1@gmail.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Rodney D. Price,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    No.    16 - CV - |
| Daniel Walsh, Sheriff of Champaign County, and Bradley J. Morris, Deputy Sheriff of Champaign County, sued in their official and individual capacities,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFICATION

Under penalties as provided by law pursuant to Federal Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that the undersigned verily believes the same to be true and correct.

Respectfully Submitted,

This ___ day of __November__, 2016.   _/s/ Rodney Price_
                                                                RODNEY D. PRICE, Plaintiff

Alfred D. Ivy, III, #6277701
Attorney for Plaintiff
159 Lincoln Square
300 S. Broadway Ave.
Urbana, Illinois 61801
(217) 480-4893 cell
lawmba1@gmail.com