E-FILED
Wednesday, 15 March, 2017  03:31:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RODNEY D. PRICE,<br>　　　Plaintiff,<br><br>　vs.<br><br>DANIEL WALSH, SHERIFF OF<br>CHAMPAIGN COUNTY, and<br>BRADLEY J. MORRIS, DEPUTY<br>SHERIFF OF CHAMPAIGN COUNTY,<br>sued in their official and individual<br>capacities,<br>　　　Defendants. | )<br>)<br>)<br>)　No. 16-cv-02357<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**BRADLEY J. MORRIS, DEPUTY SHERIFF OF CHAMPAIGN COUNTY:
ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES**

NOW COMES the Defendant, BRADLEY J. MORRIS, DEPUTY SHERIFF OF CHAMPAIGN COUNTY, by NATHANIEL M. SCHMITZ of TORRICELLI & LIMENTATO, P.C., his attorneys, and for his Answer to Complaint of the Plaintiff, RODNEY D. PRICE, states as follows:

**JURISDICTION AND VENUE**

1.　This is a civil action brought pursuant to 42 U.S.C. Section 1983, the Fourth Amendment and the Eight Amendment of the United States Constitution to redress deprivation of Plaintiff's rights to be free from all forms of excessive punishment and abuse.

**ANSWER:　Defendant admits this civil action is brought pursuant to 42 U.S.C. Section 1983, the Fourth Amendment and the Eight Amendment of the United States Constitution. Defendant denies Plaintiff was deprived of his constitutional rights or was subjected to excessive punishment or abuse.**

2.　Plaintiff at all times relevant to this cause of action was a citizen of the United States of America, resident of Champaign County, Illinois.

1

**ANSWER: Defendant has insufficient information with which to admit or deny the allegations in Paragraph 3 and therefore denies the allegations of Paragraph 3.**

3. Defendant Daniel Walsh is the duly elected sheriff of the Champaign County Sheriff's Department. He is legally responsible for the operation of the Champaign County Jail, hiring, training and administration of all Sheriff Department personnel, and for the insuring the health, safety and welfare of all persons held in custody there.

**ANSWER: Defendant admits Defendant Daniel Walsh is the duly elected sheriff of the Champaign County Sheriff's Department and serves as Head Administrator of the Champaign County Correctional Center. Defendant has insufficient information with which to admit or deny the remaining allegations in Paragraph 3 and therefore denies the remaining allegations of Paragraph 3.**

4. Defendant Bradley J. Morris is a Sheriff's deputy employed by the Champaign County Sheriff's Department and was assigned to duty at the Champaign County Jail during all dates/ times relevant to this cause of action.

**ANSWER: Defendant admits the allegations of Paragraph 4.**

5. All events giving rise to this cause of action occurred in Urbana, Champaign County, Illinois.

**ANSWER: Defendant admits the allegations of Paragraph 5.**

6. The amount in controversy is in excess of $75,000.00.

**ANSWER: Defendant denies the allegations of Paragraph 6.**

# FACTUAL BASIS

7. On or about March 15, 2016 at approximately 8:45am, Plaintiff Price was in the physical and legal custody of the Champaign County Sheriff's Department and was housed in the Champaign County Jail.

**ANSWER:** **Defendant admits the allegations of Paragraph 7.**

8. Plaintiff Price was housed in the booking area of the county jail due to his serious health conditions, prescribed medication schedule, and need for regular medical monitoring.

**ANSWER:** **Defendant admits that Plaintiff was housed in the booking area of the county jail, but Defendant denies the remaining allegations of Paragraph 8.**

9. On the above date and time, as Plaintiff Price was entering cell H-7 in the booking area of the Champaign County Jail, without warning, cause or provocation, Plaintiff was forcefully struck from behind by Sheriff Deputy Bradly J. Morris.

**ANSWER:** **Defendant denies the allegations of Paragraph 9.**

10. Defendant Morris, while wearing steel-toed military-style boots, kicked Plaintiff in the back and legs several times.

**ANSWER:** **Defendant denies the allegations of Paragraph 10.**

11. Subsequent to kicking Plaintiff, Defendant Morris then slammed the steel door to cell H-7 onto Plaintiff's back several more times.

**ANSWER:** **Defendant denies the allegations of Paragraph 11.**

12. As a direct result of Defendant Morris' actions, Plaintiff sustained numerous bruises to his person and was left in severe pain.

**ANSWER:** **Defendant denies the allegations of Paragraph 12.**

13. Upon information and belief the actions alleged herein were captured on surveillance video and are maintained in the exclusive possession of Defendant Champaign County Sheriff Department.

**ANSWER: Defendant admits the existence of surveillance video but denies the remaining allegations of Paragraph 13, in particular in reference to allegations set forth in Paragraphs 9 through 12.**

14. Plaintiff Price filed a formal grievance against Defendant Morris and the official copy of Plaintiff's complaint is maintained in the exclusive possession of Defendant Champaign County Sheriff Department.

**ANSWER: Defendant admits that Plaintiff filed a formal grievance which is in the possession of the Champaign County Sheriff's Department but denies the allegations set forth therein.**

15. Plaintiff was also interviewed by officers from Defendant Champaign County Sheriff Department regarding the actions of Defendant Morris.

**ANSWER: Defendant admits Plaintiff was interviewed by officers from the Champaign County Sheriff Department but denies the allegations made by Plaintiff therein.**

16. Upon information and belief Plaintiff's interview was video recorded with the only copies of said interview remaining in the exclusive possession of Defendant Champaign County Sheriff Department.

**ANSWER: Defendant denies the allegations of Paragraph 16.**

17. Upon information and belief, Defendant Daniel Walsh was aware of previous incidents of abuse perpetrated.by Defendant Bradley Morris and failed to take steps to train and

prevent future acts of abuse by Defendant Morris, or to protect persons similarly situated as Plaintiff.

**ANSWER:** **Defendant denies the allegations of Paragraph 17.**

## COUNT 1 – VIOLATION OF CIVIL RIGHTS PURSUANT TO TITLE 42 U.S.C., SECTION 1983 (BRADLEY J. MORRIS)

18. Plaintiff re-alleges and incorporates by reference paragraphs 1-17 as though they were fully restated herein.

**ANSWER:** **Defendant hereby adopts and incorporates each and every one of his answers to Paragraphs 1 through 17 above, and for its answers to Paragraph 18 of Count 1.**

19. In committing the acts complained of herein, Defendant Morris acted under color of state law in that Defendant Morris was a duly appointed Champaign County sheriff's deputy, and employed as a sergeant in the Champaign County Jail at the time, date and place where the incidents Plaintiff complained of occurred.

**ANSWER:** **Defendant admits that at all relevant times herein he was a duly appointed Champaign County Sheriff's Deputy employed at the Champaign County Jail acting under the color of state law. Defendant denies the remaining allegations of Paragraph 19.**

20. Defendant Morris' actions of kicking and striking Plaintiff Price deprived Plaintiff of his constitutionally protected rights under the Fourth and Eighth Amendments to not be subjected to use of excessive force.

**ANSWER:** **Defendant denies the allegations of Paragraph 20.**

21. Defendant Morris' acts were the direct and proximate cause of Plaintiff's bruises, pain and injuries to Plaintiff's person.

**ANSWER:** **Defendant denies the allegations of Paragraph 21.**

22. The conduct of Defendant Morris was willful, malicious, oppressive and reckless, and was of such an egregious nature that punitive damages should be imposed in an amount commensurate with the wrongful acts alleged herein.

**ANSWER: Defendant denies the allegations of Paragraph 22.**

## COUNT 2 – VIOLATION OF CIVIL RIGHTS PURSUANT TO TITLE 42 U.S.C., SECTION 1983 (DANIEL WALSH)

Count 2 is directed to Defendant Daniel Walsh and not against this Defendant; therefore, this Defendant makes no answer to Count 2. However, to the extent that the allegations of Count 2 make any allegations of wrongdoing or misconduct or tendencies of this Defendant, this Defendant denies the same.

## COUNT 3 – STATE LAW CLAIM FOR BATTERY (BRADLEY J. MORRIS)

27. Plaintiff re-alleges and incorporates by reference paragraphs 1-17 as though they were fully restated herein.

**ANSWER: Defendant hereby adopts and incorporates each and every one of his answers to Paragraphs 1 through 17 above, and for its answers to Paragraph 27 of Count 3.**

28. Defendant Bradley Morris knowingly and without legal justification caused bodily harm to Plaintiff when he kicked and slammed a steel onto Plaintiff, thereby constituting battery under Illinois law.

**ANSWER: Defendant denies the allegations of Paragraph 28.**

## COUNT 4 – STATE LAW CLAIM FOR RESPONDEAT SUPERIOR AGAINST DEFENDANT SHERIFF DANIEL WALSH

Count 4 is directed to Defendant Daniel Walsh and not against this Defendant; therefore, this Defendant makes no answer to Count 4. However, to the extent that the allegations of Count

4 make any allegations of wrongdoing or misconduct or tendencies of this Defendant, this Defendant denies the same.

WHEREFORE, the Defendant, BRADLEY J. MORRIS, prays that judgment be entered in his favor and against the Plaintiff, RODNEY D. PRICE, and for costs of suit, together with such other relief as this Court deems necessary.

DEFENDANT DEMANDS A TRIAL BY JURY ON ALL COUNTS.

                                                Respectfully submitted,
                                                BRADLEY J. MORRIS, Defendant
                                                By: TORRICELLI & LIMENTATO, P.C.

                                                By: __/s/ Nathaniel M. Schmitz__
                                                       Nathaniel M. Schmitz

Prepared by:
Nathaniel M. Schmitz of
TORRICELLI & LIMENTATO, P.C.
Attorney Registration #:  6290697
2504 Galen Drive, Suite 101
Champaign, IL 61821
Telephone:  (217) 355-5510
Facsimile: (217) 355-5573
E-Mail: nschmitz@tllawfirm.com

## AFFIRMATIVE DEFENSES

1. Defendant is entitled to qualified immunity on the federal law claims asserted by Plaintiff.

2. Defendant was employed and on duty as a sheriff's deputy of Champaign County, and is entitled to all applicable immunities and defenses under the Illinois Local Governmental and Governmental Employees Tort Immunity Act, 745 ILCS 10/1-101 et seq., including but not limited to 745 ILCS 10/2-202 and 745 ILCS 10/2-205.

WHEREFORE, the Defendant, BRADLEY J. MORRIS, prays that judgment be entered in his favor and against the Plaintiff, RODNEY D. PRICE, and for costs of suit, together with such other relief as this Court deems necessary.

DEFENDANT DEMANDS A TRIAL BY JURY ON ALL COUNTS.

Respectfully submitted,
BRADLEY J. MORRIS, Defendant
By: TORRICELLI & LIMENTATO, P.C.

By: __/s/ Nathaniel M. Schmitz__
Nathaniel M. Schmitz

Prepared by:
Nathaniel M. Schmitz of
TORRICELLI & LIMENTATO, P.C.
Attorney Registration #: 6290697
2504 Galen Drive, Suite 101
Champaign, IL 61821
Telephone: (217) 355-5510
Facsimile: (217) 355-5573
E-Mail: nschmitz@tllawfirm.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RODNEY D. PRICE,<br>　　　Plaintiff,<br><br>　vs.<br><br>DANIEL WALSH, SHERIFF OF<br>CHAMPAIGN COUNTY, and<br>BRADLEY J. MORRIS, DEPUTY<br>SHERIFF OF CHAMPAIGN COUNTY,<br>sued in their official and individual<br>capacities,<br>　　　Defendants. | No. 16-cv-02357 |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of *Answer to Plaintiff's Complaint and Affirmative Defenses* was served upon each person named below, at the address set forth below, by electronically filing same on the 15th day of March, 2017 to:

/s/ Nathaniel M. Schmitz
Nathaniel M. Schmitz of
Torricelli & Limentato P.C.
Attorney for Defendant Matt Rush
ARDC #: 6290697
2504 Galen Drive, Suite 101
Champaign, IL 61821
Telephone: (217) 355-5510
Facsimile: (217) 355-5573
E-Mail: nschmitz@tllawfirm.com

/s/Barbara J. Mann
Barbara J. Mann of
Julia R. Rietz, Champaign County
State's Attorney
ARDC # 6202765
101 East Main Street
Urbana, IL 61801
Telephone: (217) 384-3733
Fax: (217) 384-3816
E-Mail: bmann@co.champaign.il.us

/s/ Keith E. Fruehling
Keith E. Fruehling of
Heyl, Royster, Voelker & Allen
ARDC #6216098
301 North Neil Street, Suite 505
P. O. Box 1190
Champaign, IL 61824-1190
Telephone: (217) 344-0060
Fax: (217) 344-9295
E-mail: kfruehlng@heylroyster.com

/s/ Alfred D. Ivy, III
Alfred D. Ivy, III of
The Law Office of Alfred D. Ivy III
ARDC # 6277701
159 Lincoln Square
300 S. Broadway Ave.
Urbana, IL 61801
Telephone: (217) 480-4893
E-mail: lawmbal@gmail.com

9

/s/ Benjamin C. Ford
Benjamin C. Ford of
Heyl, Royster, Voelker & Allen
ARDC # 6312824
301 North Neil Street, Suite 505
P. O. Box 1190
Champaign, IL 61824-1190
Telephone: (217) 344-0060
Fax: (217) 344-9295
E-mail: bford@heylroyster.com

/s/ Nathaniel M. Schmitz_____
  Nathaniel M. Schmitz

Prepared by:

Nathaniel M. Schmitz of
TORRICELLI & LIMENTATO P.C.
Attorney Registration #: 6290697
2504 Galen Drive, Suite 101
Champaign, IL 61821
Telephone: (217) 355-5510
Facsimile: (217) 355-5573
E-Mail: nschmitz@tllawfirm.com